UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| RENEE JACKSON | : | |
| | : | |
| v. | : | CIV. NO. 3:07CV0471 (JCH) |
| | : | |
| AFSCME LOCAL 196, | : | |
| CARLA BOLAND, LINN MILLER, | : | |
| AFSCME COUNCIL 4 | : | |

Ruling on Plaintiff's Motion for Sanctions of Non-Party CLC for
Refusal to Comply with Court Order [Doc. #124]

Pending is plaintiff's Motion for Sanctions for Refusal of Non-Party CLC to Comply with the Court's Order [Doc. # 124].

On October 30, 2007, the Court ruled as follows: "In order to discourage costly motion practice, the plaintiff will schedule a discovery conference before filing any future discovery motions. If the issue cannot be resolved at the conference, the Court will set a schedule for filing motions." [Doc. #117 at 10].

The Plaintiff filed this motion for sanctions without leave of the Court. Plaintiff's motion is therefore denied.

Even if plaintiff obtained leave of court to file this pending motion, it would be denied because on November 6, 2007 plaintiff filed a Motion for Reconsideration [Doc. #119] of the October 30, 2007 ruling. The order requiring CLC's compliance with court-ordered discovery and payment of the IT Fees, [Doc. #117 at 10] is STAYED pending reconsideration.

Accordingly, plaintiff's Motion for Sanctions for Refusal to Comply with the Court's Order **[Doc. # 124]** is **DENIED**. Oral

argument on plaintiff's motion for reconsideration [Doc. #119] is scheduled for December 13, 2007.

This is not a recommended ruling. This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

ENTERED at Bridgeport this 28th day of November 2007.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE