UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RENEE JACKSON | : |
| v. | : CIV. NO. 3:07CV0471 (JCH) |
| AFSCME LOCAL 196, CARLA BOLAND, LINN MILLER, AFSCME COUNCIL 4, STATE OF CONNECTICUT OFFICE OF LABOR RELATIONS, LINDA YELMINI, and ANTHONY LAZARRO | : |

<u>Amended Discovery Ruling Request Nos. 10-15 [Doc. #46]</u>

The Court held a discovery conference on the record on 12/18/07 to discuss Request Nos. 10-15 in the Motion to Quash [Doc. #46] of non-party Connecticut Lottery Corporation [hereinafter "CLC"], on which the Court reserved ruling in its October 30, 2007 [Doc # 117] opinion. The Court issued a previous ruling; however that ruling dealt with Request Nos. 10-15 in Document #111 and a subpoena directed to Linda Yelmini, Director of Office of Labor Relations. The Court issues this ruling for clarification purposes.

The CLC maintains several objections to Request Nos. 10-15, that the items are (1) irrelevant, (2) in the plaintiff's possession or could be readily obtained from parties to this action; and/or (3) constitute an attempt to unduly burden the CLC.

The objections to Request Nos. 10 and 11 are sustained. Request No. 10 seeks copies of any documentation including notes,

1

interviews, decisions, investigatory reports pertaining to the mail handlers investigation conducted at the Lottery in 2003. Request No. 11 seeks copies of any notices (regardless of format) sent to Lottery employees designated as mail handlers pertaining to the 2003 mail handlers investigation. The Court find this information irrelevant.

The objections to Request Nos. 12, 13, 14 and 15 are overruled. Request No. 12 seeks copies of any documentation sent to AFSCME (regardless of format) regarding the mail handlers investigation. Request No. 13 seeks copies of any documentation received from AFSCME (regardless of format) regarding the mail handlers investigation. Request No. 14 seeks copies of any documentation sent to AFSCME (regardless of format) regarding the Loudermill hearing held in December 2004 pertaining to Renee Jackson. Request No. 15 seeks copies of any documentation received from AFSCME (regardless of format) regarding the Loudermill hearing held in December 2004 pertaining to Renee Jackson. The CLC will produce any responsive documents.

During the discovery conference, the CLC stated that an in depth electronic search would need to be conducted in order to produce documents responsive to Request Nos. 10-15, thus resulting in substantial cost to the CLC. The CLC will provide plaintiff with an estimate of the cost and explanation of the fees, with a copy to the Court, before embarking on the search, so that plaintiff can indicate whether she wishes CLC to proceed. The plaintiff must pay the compilation fees before delivery of

the documents to the plaintiff.

This is not a recommended ruling.  This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

ENTERED at Bridgeport this 2nd day of May 2008.

_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE