UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                           |   |                            |
|---------------------------|---|----------------------------|
| RENEE JACKSON             | : |                            |
|                           | : |                            |
| v.                        | : | CIV. NO. 3:07CV0471 (JCH)  |
|                           | : |                            |
| AFSCME LOCAL 196,         | : |                            |
| CARLA BOLAND, LINN MILLER,| : |                            |
| AFSCME COUNCIL 4          | : |                            |

RULING ON DISCOVERY ISSUE

        In reviewing the approximately 700 pages recovered pursuant
to the plaintiff's first subpoena, the CLC identified several
documents that mention the plaintiff but that were not within the
scope of the subpoena.  The Court has reviewed these documents
(bates stamped CLC 00057 - 00074) and orders the following
documents to be produced.

                1. Bates stamped Doc. #CLC 00058

                2. Bates stamped Doc. #CLC 00059

                3. Bates stamped Doc. #CLC 00060

                4. Bates stamped Doc. #CLC 00061

                5. Bates stamped Doc. #CLC 00062

                6. Bates stamped Doc. #CLC 00063

                7. Bates stamped Doc. #CLC 00064

                8. Bates stamped Doc. #CLC 00065

                9. Bates stamped Doc. #CLC 00066

                10.Bates stamped Doc. #CLC 00067

                11.Bates stamped Doc. #CLC 00068

                12.Bates stamped Doc. #CLC 00070

                13.Bates stamped Doc. #CLC 00071

                14.Bates stamped Doc. #CLC 00072

15. Bates stamped Doc. #CLC 00073

16. Bates stamped Doc. #CLC 00074


This is not a recommended ruling. This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.


ENTERED at Bridgeport this 5th day of May 2008.


___/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE