UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RENEE JACKSON | : |
| v. | : CIV. NO. 3:07CV0471 (JCH) |
| AFSCME LOCAL 196, et al | : |

ORDER

A conference call was held on November 17, 2008, to discuss the status of four (4) pending motions. Pending are Defendant's Motion for Extension of Discovery [Doc. #222] and Motion to Compel [Doc. #223] as well as Plaintiff's Motion for Protective Order [Doc. #224] and Motion for Scheduling of Deposition Order [Doc. #225]. This order memorializes the parties' discussion and orders set by the Court.

1. The Court reviewed the interrogatories and responses and finds that plaintiff has sufficiently responded to all of defendant's interrogatories with the exception of Interrogatory No. 9. Plaintiff is directed to answer Interrogatory No. 9 by listing the specific people she dealt with for each complaint as well as the outcome of that complaint.

2. If the settlement agreement between plaintiff and CLC has not been produced, it is to be produced.

3. Plaintiff is ordered to answer questions regarding Connecticut Lottery Corporation's conduct at her deposition.

4. Plaintiff's counsel will send all tax documents in her possession to the Court. The Court will conduct an in camera review and direct counsel as to what should be produced to defendant.

5.  Plaintiff's deposition is to take place on December 12, 2008.  Thereafter, if AFSCME desires to conduct a third day of Ms. Jackson's deposition, counsel will immediately submit all of plaintiff's deposition testimony to date.  Should a third day of deposition testimony be granted, plaintiff's deposition will reconvene on December 22, 2008.[1]

5.  Plaintiff's Motion for Scheduling of Deposition Order [Doc. #225] is GRANTED by agreement of the parties.  Carla Boland's deposition will take place on November 26, 2008.

6.  Discovery is to be completed on or before December 31, 2008.

Accordingly, Defendant's Motion for Extension of Discovery [Doc. #222] is GRANTED in part and DENIED in part.  Defendants' Motion to Compel [Doc. #223] is GRANTED in part and DENIED in part.  The court reserves it's ruling on Plaintiff's Motion for Protective Order [Doc. #224] and plaintiff's Motion for Scheduling of Deposition Order [Doc. #225] is GRANTED by agreement of the parties.

SO ORDERED at Bridgeport this 21st day of November 2008.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

---

[1] Both December 12 and 22, 2008 have been agreed upon by counsel.