**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RENEE JACKSON,<br>  Plaintiff<br><br>v.<br><br>AFSCME LOCAL 196, et al.,<br>  Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CIVIL ACTION NO.<br>3:07-CV-471 (JCH)<br><br>JANUARY 10, 2011 |

**RULING RE: MOTION TO APPEAL ORDER ALLOWING BILL OF COSTS**
**[Doc. No. 406]**

On November 1, 2010, the Clerk of the Court entered an Order on Defendants' Bill of Costs, awarding total costs of $8,875.11 to the defendants. See Doc. No. 403. The court has reviewed the Clerk's Order and the parties' briefs, and the court now affirms the Clerk's Order, with three exceptions.

First, the court disallows payment for service for the depositions of Renee Jackson. Rule 30 of the Federal Rules of Civil Procedure allows any party to request the deposition of any other party to the litigation by issuing a notice of deposition to that party. A properly issued notice of deposition compels the attendance of a party witness. If "a party . . . fails, after being served with proper notice, to appear for that person's deposition," the opposing party may move for sanctions pursuant to Rule 37(d)(1)(A)(i). Under Rule 34, documents may be requested from party deponents without a subpoena duces tecum.

Second, the court disallows payments to marshals for multiple attempts at the same service, where the marshal has not indicated the date and time of each attempted service.

Third, the court finds that it was not necessary to provide Renee Jackson with

witness fees for her own deposition and therefore disallows reimbursement for this expenditure.

After adjusting the Clerk's Order, the court awards $ 8,099.91 to the defendant ($8,875.11 - $775.20).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of January, 2011.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge